# James R. Alston

*Former Assistant United States Attorney*     **Attorney at Law**     *Former Assistant District Attorney*

3700 North Main Street     (713) 228-1400  
Houston, Texas 77002     (713) 869-8859 (fax)

www.houstoncrimedefense.com

*Board Certified in Criminal Law by the Texas Board of Legal Specialization*

April 7, 2020

Christopher Goldsmith

Re: Afzal Rehman

Dear Mr. Goldsmith:

On April 7, 20120, I spoke to my client Farha Baig, who is the wife of your client Afzal Rehman. My client advised that she is still married to Afzal Rehman. My client also advised that if your client is granted some type of release that your client will be welcome to live at her apartment located at 7200 Almeda, Road, # 811, Houston, Texas 77054. My client advised that she would make any needed adjustments to her home to comply with any required release conditions, including removing the internet and installing a landline for any needed GPS or monitoring device. Additionally, my client advised that she would transport your client to any needed court or pretrial appointments.

Sincerely,

*[signature]*

James Alston