United States District Court
Southern District of Texas
**ENTERED**
April 10, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

**UNITED STATES OF AMERICA,**
**PLAINTIFF,**

**v.**                                                                **CASE NUMBER H-19-CR-0254**

**AFZAL ARSALAN REHMAN,**
**DEFENDANT.**

## PROPOSED ORDER ON OPPOSED MOTION
## FOR COMPASSIONATE PRETRIAL RELEASE PENDING TRIAL

On this day the Defendant's Motion was presented to the court. After review of this pleading, the court GRANTS the motion and orders Mr. Rehman released pending trial on the following conditions:

~~The Defendant will be subject to electronic monitoring by the probation~~ department and will be confined to his home continuously except for absences to meet with counsel.

_____

Signed and Entered on April __10__ 2020.

_____
VANESSA GILMORE, JUDGE
UNITED STATES DISTRICT COURT

10