United States District Court
Southern District of Texas
**ENTERED**
April 14, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 4:19-CR-254 |
| | § | |
| AFZAL ARSALAN REHMAN | § | |

## **ORDER**

The Court has considered the Unopposed Motion to Amend Conditions of Release and finds the motion should be GRANTED. The Court imposes the following additional conditions of release:

1. The Defendant is to have no direct or indirect contact with the victim, her family, and/or coworkers. This includes telephonic, mail, and any internet/social media contact.

2. The Defendant will surrender any and all passports, visas, or travel documents to United States Pretrial Services immediately.

3. The Defendant will not possess a firearm or other weapon and not reside in a home or travel in any vehicle where there are weapons.

SIGNED at Houston, Texas, this 13th day of April, 2020.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE