PS 42

United States District Court
Southern District of Texas
**ENTERED**
June 08, 2020
David J. Bradley, Clerk

# United States District Court
## Southern District of Texas

| | |
|---|---|
| United States of America | § |
| | § |
| vs. | § |
| | § |
| Afzal Arsalan Rehman | §   Case No.  4:19CR00254-001 |

## REQUEST TO MODIFY CONDITIONS OF RELEASE

On April 16, 2019, Afzal Arsalan Rehman appeared before U.S. Magistrate Judge Peter Bray in Houston, Texas, for an initial appearance and was remanded to custody pending a detention hearing.

On April 22, 2019, the defendant appeared before Judge Bray for a detention hearing and was ordered detained pending trial.

On April 10, 2020, defense filed an opposed motion for pretrial release based on compassionate grounds related to the Covid-19 pandemic.  The Court granted the motion and included home incarceration with electronic monitoring as a condition of release.

On April 13, 2020, the Court granted a government's motion to include the following additional conditions of release:  no contact with the victim, her family, or coworkers, surrender any and all passports, not possess a firearm.

The probation office respectfully requests the following conditions of release be added.  These conditions are generally included in all pretrial release cases:

- Any change in the defendant's residence must be pre-approved by the U.S. Probation Office.

- Pretrial Services Supervision in the Southern District of Texas – Houston Division

- Obtain no passport.

- Travel restricted to Harris County.  Outside travel to be pre-approved by the U.S. Probation Office.

- Refrain from excessive use of alcohol.

- Refrain from use or unlawful possession of a narcotic drug or other controlled substance unless prescribed by a licensed medical practitioner.

- Report Contact with Law Enforcement.

- The defendant must not violate any federal, state or local law while on release.

U.S. Probation contacted Assistant U.S. Attorney Sherri Zack, and defense counsel Chris Goldsmith and they do not oppose this modification.

X   The above modification of conditions of release is ordered.

__  The above modification of conditions of release is *not* ordered.

_____   June 8, 2020
Vanessa D. Gilmore, United States District Judge        Date

_____   04/16/2020
Submitted by: J. Andrew Adame, Sr. U.S. Probation Officer   Date

_____   04/16/2020
Reginald C. Hollins, Supervisory U.S. Probation Officer    Date