IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| v. | § § | CASE NO. 4:19-cr-00254 |
| AFZAL ARSALAN REHMAN, | § § § | |
| Defendant. | § | |

## VERDICT OF THE JURY FORM

**On the Count of Alien in Possession of a Firearm:**

We, the Jury, unanimously find the Defendant, Afzal Arsalan Rehman:

_____ Not Guilty          \_\_✓\_\_ Guilty

11

**On the Count of Misrepresentation of Citizenship:**

We, the Jury, find the Defendant, Afzal Arsalan Rehman:

    _____ Not Guilty      \_✓\_\_\_ Guilty

12

## CERTIFICATE

We the jury, have made the above findings as indicated, and herewith return same into Court as our verdict.

**SIGNED** this the ___17___ day of November, 2021, at Houston, Texas.



JURY FOREPERSON