**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case Number: 4:19−cr−00254 |
| | § | |
| Afzal Arsalan Rehman | § | |

# Notice of Deficient Pleading

If you intend to seek compassionate release under 3582(c)(1) you must submit a form motion.

Date: December 10, 2024

Nathan Ochsner, Clerk